UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NORMA MALDONADO,**

      **Plaintiff,**

**v.**                                           **Case No:  6:12-cv-1552-Orl-36DAB**

**ALTA HEALTHCARE GROUP, INC.**
**and ALBERT L. GREEN,**

      **Defendants.**
_____/

# O R D E R

This matter is before the Court upon review of the file.  Pursuant to a notice of settlement, on April 17, 2014, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 86). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.      This action is dismissed, with prejudice.

2.      The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 19, 2014.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any